Ochsner LSU Health Shreveport | Hart, Ora Lee
1501 Kings Highway | MRN: 1001456645, DOB: 7/4/1940, Sex: F
Shreveport LA 71103 | Adm: 11/12/2019, D/C: 11/12/2019
Inpatient Encounter

**Encounter Notes (continued)**

OR Surgeon by Brad Joseph Chauvin, MD at 11/12/2019 6:05 PM (continued)

immediately available for the entire procedure.

**BRAD JOSEPH CHAUVIN, MD**

Electronically signed by Brad Joseph Chauvin, MD on 11/21/2019 10:03 AM

Op Note signed by Brad Joseph Chauvin, MD at 11/13/2019 6:47 AM

Author: Brad Joseph Chauvin, MD   Service: Orthopedics   Author Type: Physician
Filed: 11/13/2019 6:47 AM   Date of Service: 11/12/2019 6:05 PM   Status: Signed
Editor: Brad Joseph Chauvin, MD (Physician)

```
                     University Health Shreveport
            1541 Kings Highway, Shreveport, LA 71103

                           OPERATIVE REPORT

   Patient Name: HART, ORA LEE
   MRN: 1001456645
   DATE OF PROCEDURE: 11/12/2019

   ATTENDING PHYSICIAN: Brad Chauvin, MD

   PREOPERATIVE DIAGNOSIS: Closed displaced comminuted fracture of the right
   patella.

   POSTOPERATIVE DIAGNOSIS: Closed displaced comminuted fracture of the right
   patella.

   PROCEDURE PERFORMED: Open reduction and internal fixation, right patella
   fracture.

   ANESTHESIA: General.

   ATTENDING SURGEON: Brad Chauvin, MD

   RESIDENT SURGEON: Kaylan N McClary, MD-Resident

   ESTIMATED BLOOD LOSS: 10 cc.

   TOURNIQUET USED: 300 mmHg _____ to the right thigh initially for 11
   minutes, then
   subsequently for 30 minutes with a different tourniquet machine due to
   tourniquet
   malfunction.
```



Ochsner LSU Health Shreveport  
1501 Kings Highway  
Shreveport LA 71103  
Inpatient Encounter

Hart, Ora Lee  
MRN: 1001456645, DOB: 7/4/1940, Sex: F  
Adm: 11/12/2019, D/C: 11/12/2019

## Encounter Notes (continued)

Op Note signed by Brad Joseph Chauvin, MD at 11/13/2019 6:47 AM (continued)

TOTAL INTRAVENOUS FLUIDS: 1 L

SPECIMENS: None.

IMPLANTS: Two 4.0 cannulated Synthes screws partially threaded with short threads were
implanted with cerclage wire.

INDICATION FOR PROCEDURE: The patient is a 79-year-old female who approximately 10 days
prior sustained a closed right patella fracture after a fall onto a flexed knee with
concern for articular step-off.  Discussed risks and benefits of surgical intervention.
The patient elected to proceed with surgery.

DESCRIPTION OF PROCEDURE: The patient was seen and evaluated preoperatively.  Correct
surgical site was confirmed and marked.  She was taken to the OR, underwent general
endotracheal intubation.  A time-out was performed, confirming correct patient, correct
procedure, correct operative site.  The leg was elevated, exsanguinated and the
tourniquet was raised.  A standard anterior knee approach was made by making a vertical
incision just proximal to the superior aspect of the patella, extending distally down to
the medial aspect of the tibial tubercle.  It was sharply incised down to the level of
the paratenon.  A medial arthrotomy was performed with significant hemarthrosis
evacuated.  The joint surface was visualized and palpated with articular step-off.
Point-to-point clamp and manipulation was performed with interval improvement in
articular alignment.  We then placed two parallel K-wires inferior to superior through
the patella.  Then, the tendon was incised just in line with the wire.  A 4.0 cannulated
drill bit was passed bicortically.  The wires were measured and two short
partially-threaded 4.0 screws were passed over the K-wires.  The K-wires

Ochsner LSU Health Shreveport
1501 Kings Highway
Shreveport LA 71103
Inpatient Encounter

Hart, Ora Lee
MRN: 1001456645, DOB: 7/4/1940, Sex: F
Adm: 11/12/2019, D/C: 11/12/2019

## Encounter Notes (continued)

**Op Note signed by Brad Joseph Chauvin, MD at 11/13/2019 6:47 AM (continued)**

```
were then
removed and a cerclage wire was passed and then secured with a twisting
fashion with the
residual wire cut and then the end of the wire bent to reduce prominent
hardware.  Then,
the surgical site was irrigated.  The medial arthrotomy was closed with 0
Vicryl
followed by closure subcutaneously with 3-0 Vicryl and skin closure with a
running 3-0
Stratafix.  The skin closure was reinforced with a Prineo and Dermabond
followed by
Aquacel dressing, ABD pads and cast padding, Ace bandage from the foot to
the thigh to
reduce edema.  The patient was then placed into the knee immobilizer that
she had
presented with preoperatively and awakened from anesthesia, transferred to
PACU in
stable condition.  The tourniquet was let down at closure and with adequate
hemostasis
confirmed.

Dr. Chauvin was present and scrubbed for all key portions of the procedure.


TR: KNM/AP   D: 11/12/2019 18:31:27   T: 11/12/2019 20:50:23
JOB: 50612768/1352711
```

Electronically signed by Brad Joseph Chauvin, MD on 11/13/2019 6:47 AM

**Op Note by Kaylan N McClary, MD at 11/12/2019 11:40 AM**

| Author: Kaylan N McClary, MD | Service: Orthopedics | Author Type: Resident |
| Filed: 11/12/2019 6:37 PM | Date of Service: 11/12/2019 11:40 AM | Status: Signed |
| Editor: Kaylan N McClary, MD (Resident) | | |

1352711

Electronically signed by Kaylan N McClary, MD on 11/12/2019 6:37 PM

**Nursing Note by Sandra Whitaker, RN at 11/12/2019 6:05 PM**

| Author: Sandra Whitaker, RN | Service: Surgery | Author Type: Registered Nurse |
| Filed: 11/12/2019 6:20 PM | Date of Service: 11/12/2019 6:05 PM | Status: Signed |
| Editor: Sandra Whitaker, RN (Registered Nurse) | | |

Pt discharged to home per MD orders; Pt provided verbal and written discharge instructions. AVS given per protocol. Patient verbalized understanding. Pt denies any current pain or needs; Pt tolerating PO fluids well. IV

```
Ochsner LSU Health Shreveport            Hart, Ora Lee
1501 Kings Highway                       MRN: 1001456645, DOB: 7/4/1940, Sex: F
Shreveport LA 71103                      Adm: 11/12/2019, D/C: 11/12/2019
Inpatient Encounter
```

## Encounter Notes (continued)

**Nursing Note by Sandra Whitaker, RN at 11/12/2019 6:05 PM (continued)**

discontinued and dressing applied. Pt left area in stable condition via wheelchair accompanied by transport staff.

*Electronically signed by Sandra Whitaker, RN on 11/12/2019 6:20 PM*

**Progress Notes by Jessica Howell, RN at 11/12/2019 3:46 PM**

| Author: Jessica Howell, RN | Service: — | Author Type: Case Manager |
|---|---|---|
| Filed: 11/12/2019 3:52 PM | Date of Service: 11/12/2019 3:46 PM | Status: Signed |
| Editor: Jessica Howell, RN (Case Manager) | | |

CM note: CM was contacted by ortho regarding pt's family trying to obtain a RW and W/C with ELR; CM met with pt and family at discussed needs for d/c; family is requesting home health services; CM submitted order for RW and w/c with ELR through Apria and home health through Willis-Knighton; referral info scanned into media.

Willis-Knighton Home Health
318-212-4180
Fax: 318-212-8968

Apria
318-631-6701
Fax: 318-682-3793

Jessica Howell, RN
Case Manager
Pager: 2567
x61183

*Electronically signed by Jessica Howell, RN on 11/12/2019 3:52 PM*

**Nursing Note by Alana O Nation, RN at 11/12/2019 2:30 PM**

| Author: Alana O Nation, RN | Service: Ambulatory Surgery | Author Type: Registered Nurse |
|---|---|---|
| Filed: 11/12/2019 3:00 PM | Date of Service: 11/12/2019 2:30 PM | Status: Signed |
| Editor: Alana O Nation, RN (Registered Nurse) | | |

Received patient from PACU via stretcher; Patient is AA&O x3; Respirations even and unlabored on RA. NAD noted. Patient denies any complaints or needs at this time. Decreased sensation to RLE due to post-op nerve block for pain management. Dressing to RLE noted to be CDI; No drainage noted at this time. Report received and monitoring ongoing. SR up; CL in reach; HOB up; Bed locked and in lowest position.

*Electronically signed by Alana O Nation, RN on 11/12/2019 3:00 PM*

**Brief Op Note by Kaylan N McClary, MD at 11/12/2019 11:40 AM**

| Author: Kaylan N McClary, MD | Service: Orthopedics | Author Type: Resident |
|---|---|---|
| Filed: 11/12/2019 12:37 PM | Date of Service: 11/12/2019 11:40 AM | Status: Signed |
| Editor: Kaylan N McClary, MD (Resident) | | |

### ORIF, FRACTURE, PATELLA Procedure Note

Ora Lee Hart

---

Printed on 12/28/20 8:44 AM                                                             Page 76

Ochsner LSU Health Shreveport  
1501 Kings Highway  
Shreveport LA 71103  
Inpatient Encounter

Hart, Ora Lee  
MRN: 1001456645, DOB: 7/4/1940, Sex: F  
Adm: 11/12/2019, D/C: 11/12/2019

## Encounter Notes (continued)

Brief Op Note by Kaylan N McClary, MD at 11/12/2019 11:40 AM (continued)

1001456645

11/12/2019

Pre-op Diagnosis: Displaced comminuted fracture of right patella, initial encounter for closed fracture [S82.041A]

Post-op Diagnosis: Displaced comminuted fracture of right patella, initial encounter for closed fracture [S82.041A]

Procedure(s):  
ORIF, FRACTURE, RIGHT PATELLA

Anesthesia: General

Surgeon(s):  
Brad Joseph Chauvin, MD  
Kaylan N McClary, MD

Staff: Circulator: Alicia Hay, RN; Robin Brewster, RN  
Radiology Technologist: Tommy Shepherd  
Relief Scrub: Amanda Peaden  
Scrub Person: April King; Treasha English

Estimated Blood Loss: 10ml

Drain: None

Tourniquet: 11 then 30 min 300mm Hg

Total IV Fluids: 1000mL

Specimens: * No specimens in log *

Implants:

| Implant Name | Type | Inv. Item | Serial No. | Manufacturer | Lot No. | LRB | No. Used |
|---|---|---|---|---|---|---|---|
| KWIRE NTHRD 1.25X150MM - LOG492969 | | KWIRE NTHRD 1.25X150MM | | SYNT-SYNTHES | N/A | Right | 1 |
| KWIRE NTHRD 1.25X150MM - LOG492969 | | KWIRE NTHRD 1.25X150MM | | SYNT-SYNTHES | N/A | Right | 1 |
| SCREW CANN 4.0MM 40MM - LOG492969 | | SCREW CANN 4.0MM 40MM | | SYNT-SYNTHES | N/A | Right | 1 |
| SCREW CANN | | SCREW CANN | | SYNT- | N/A | Right | 1 |

Ochsner LSU Health Shreveport
1501 Kings Highway
Shreveport LA 71103
Inpatient Encounter

Hart, Ora Lee
MRN: 1001456645, DOB: 7/4/1940, Sex: F
Adm: 11/12/2019, D/C: 11/12/2019

## Encounter Notes (continued)

**Brief Op Note by Kaylan N McClary, MD at 11/12/2019 11:40 AM (continued)**

| | | |
|---|---|---|
| 4.0MM 34MM - LOG492969 | 4.0MM 34MM | SYNTHES |

Complications: Tourniquet machine had to be switched in middle of case due to disfunction

Findings: Interval reduction of articular surface and placement of hardware. Extensor mechanism intact.

Disposition: awakened from anesthesia, extubated and taken to the recovery room in a stable condition, having suffered no apparent untoward event.

Condition: doing well without problems

Technique: See Op note

Plan: PACU then home once outpatient criteria met
NWB RLE, continue KI at all times
Rx for pain medication
ASA 81mg for dvt ppx
RTC 2 weeks on Tuesday for wound check
Post op XR in PACU
Resume diet

Electronically signed by Kaylan N McClary, MD on 11/12/2019 12:07 PM

**H&P by Kevin P Smidt, MD at 11/12/2019 11:07 AM**

| | | |
|---|---|---|
| Author: Kevin P Smidt, MD | Service: Orthopedics | Author Type: Resident |
| Filed: 11/12/2019 11:07 AM | Date of Service: 11/12/2019 11:07 AM | Status: Signed |
| Editor: Kevin P Smidt, MD (Resident) | | |

Patient has been examined today and there have been no changes in the patient's health condition since the time the H&P was performed.

Risk and benefits discussed.
NPO confirmed.
Labs reviewed.
Consent reviewed.
Patient marked.

Proceed with ORIF R patella

Kevin Smidt, MD
PGY-2 Orthopaedic Surgery
Pager #3797

Electronically signed by Kevin P Smidt, MD on 11/12/2019 11:07 AM

**Nursing Note by Valencia Hudson, RN at 11/12/2019 7:55 AM**

Ochsner LSU Health Shreveport  
1501 Kings Highway  
Shreveport LA 71103  
Inpatient Encounter

Hart, Ora Lee  
MRN: 1001456645, DOB: 7/4/1940, Sex: F  
Adm: 11/12/2019, D/C: 11/12/2019

## Encounter Notes (continued)

### Nursing Note by Valencia Hudson, RN at 11/12/2019 7:55 AM (continued)

Author: Valencia Hudson, RN  
Filed: 11/12/2019 7:56 AM  
Editor: Valencia Hudson, RN (Registered Nurse)

Service: Ambulatory Surgery  
Date of Service: 11/12/2019 7:55 AM

Author Type: Registered Nurse  
Status: Signed

Arrived today for ORIF patella fracture. Denies any needs or concerns at this time. Provides projected procedure start time. Also informed of surgical process (DS to HR to OR to RR). Allowed time for questions.

Electronically signed by Valencia Hudson, RN on 11/12/2019 7:56 AM

## Surgery Report

### General Information

Date: 11/12/2019  
Location: SHV MAIN OR  
Patient class: Hospital Outpatient Surgery

Time: 1135  
Room: OR 04 (Ext 63447)  
Case classification:

Status: Posted  
Service: Orthopedics

### Diagnosis Information

**Diagnoses**

Displaced comminuted fracture of right patella, initial encounter for closed fracture

### Case Tracking Events

| Event | Time In |
|---|---|
| In Facility | 0654 |
| In Pre-Procedure | 0754 |
| Pre-Procedure Care Complete | 0817 |
| Out of Pre-procedure | 1040 |
| Anesthesia Block In | |
| Anesthesia Block Out | |
| In Holding Room | 1045 |
| Out of Holding Room | 1111 |
| Anesthesia Start | 1112 |
| Labor Analgesia to OR | |
| Room Ready | |
| In Room | 1111 |
| Incision Time | 1140 |
| Out of Room | 1253 |
| In Recovery | 1253 |
| Anesthesia Finish | 1259 |
| Recovery Care Complete | 1427 |
| Out of Recovery | 1427 |
| In Phase II | 1430 |
| Phase II Care Complete | 1805 |
| Out of Phase II | 1805 |
| Procedural Care Complete | 1805 |

### Event Tracking

**Panel 1**

| Event | Time In |
|---|---|
| Incision Start | 1140 |
| Incision Close | 1234 |

Procedure : ORIF, FRACTURE, PATELLA

| Event | Time In |
|---|---|
| Procedure Start | 1111 |
| Procedure End | 1253 |

### Panel Information

**Panel 1**

| Surgeon | Role | Service |
|---|---|---|
| Brad Joseph Chauvin, MD | Primary | Orthopedics |
| Kaylan N McClary, MD | Resident: Surgeon Not Chief | |

Ochsner LSU Health Shreveport
1501 Kings Highway
Shreveport LA 71103
Inpatient Encounter

Hart, Ora Lee
MRN: 1001456645, DOB: 7/4/1940, Sex: F
Adm: 11/12/2019, D/C: 11/12/2019

## Surgery Report (continued)

### Panel Information (continued)

**Procedure: ORIF, FRACTURE, PATELLA**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|
| Right | Clean | Deep and Superficial Layers | General | Knee |

cmax, supine, c arm, c armour, 4.5 canulated screws

**ORIF, FRACTURE, PATELLA (Right) - Position 1**

| | | | | | |
|---|---|---|---|---|---|
| Body: | Supine<br>Sheet Draw, Strap Safety, Blanket | Left Arm: | Extended (<90 degrees on padded armboard; fingers free)<br>Armboard, Pad Foam Arm, Strap Safety | Right Arm: | Extended (<90 degrees on padded armboard; fingers free)<br>Armboard, Pad Foam Arm, Strap Safety |
| Head: | Aligned (HEAN AND NECK)<br>Blanket, Pillow | Left Leg: | Straight<br>Pad Foam Feet | Right Leg: | Prepped in Field |
| Positioned by | Robin Brewster, RN<br>Alicia Hay, RN<br>Treasha English<br>Dustin Kade Bagley, CRNA<br>Kaylan N McClary, MD | | | Comments: | |

### Anesthesiologist Information

| Anesthesiologist | Role |
|---|---|
| Paul Cheletre Bernard, MD | Anesthesiologist |

### Staff Info

| Staff Type | Staff Member | Start | End | OT |
|---|---|---|---|---|
| Circulator | Robin Brewster, RN | | | |
| Scrub Person | April King | 1111 | 1141 | |
| Scrub Person | April King | 1208 | | |
| X-Ray Technologist | | | | |
| Circulator | Alicia Hay, RN | | | |
| Scrub Person | Treasha English | 1111 | 1141 | |
| Scrub Person | Treasha English | 1208 | | |
| Relief Scrub | Amanda Peaden | 1140 | | |
| Radiology Technologist | Tommy Shepherd | 1111 | | |

### Questionnaire Data

None

### Patient Preparation

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| Leg | Right | Alcohol 70% | ChloraPrep | N/A |

### Skin Condition

| Skin Site | Condition | Comments |
|---|---|---|
| Grounding | Warm, Dry, Intact | LEFT THIGH |
| Operative | Warm, Dry, Intact | |
| Overall | Warm, Dry, Intact | |

### Nursing Notes

No notes of this type exist for this encounter.

## Surgeon Notes

**OR Surgeon by Brad Joseph Chauvin, MD at 11/12/2019 6:05 PM**  Version 1 of 1

Author: Brad Joseph Chauvin, MD
Filed: 11/21/2019 10:03 AM
Editor: Brad Joseph Chauvin, MD (Physician)

Service: Orthopedics
Date of Service: 11/12/2019 6:05 PM

Author Type: Physician
Status: Signed

I certify that I was present in the OR for the entire procedure except opening and closing Dr morandi was immediately available for the entire procedure.[BC.1]

BRAD JOSEPH CHAUVIN, MD[BC.2]