## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| **ORA L HART** | **CASE NO. 5:21-CV-00408** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOWES HOME CENTERS L L C ET AL** | **MAGISTRATE JUDGE HORNSBY** |

### JUDGMENT

For the reasons set forth in this Court's ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Lowe's Motion for Summary Judgment [Doc. No. 15] is **GRANTED**.

**IT IS FURTHER ORDERED,** that all claims of Hart are **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 7th day of October 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE